1 | Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
2 | **SCOTT COLE & ASSOCIATES, APC**
555 12ᵗʰ Street, Suite 1725
3 | Oakland, California 94607
Telephone: (510) 891-9800
4 | Facsimile:  (510) 891-7030
Email:  scole@scalaw.com
5 | Email:  lvannote@scalaw.com
Web:    www.scalaw.com

6

7 | Attorneys for Representative Plaintiff

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | DASHAY P. SCOTT, individually, and | **Case No. 2:21-CV-00896-JAM-AC**
on behalf of all others similarly situated,
12 | | **CLASS ACTION**
     Plaintiff,
13 | vs. | **STIPULATION AND ORDER RE: FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**
14 | LOOMIS ARMORED US, LLC,
15 |     Defendants.

16

17

18

19 | The parties, Plaintiff Dashay P. Scott ("Plaintiff"), and Defendant Loomis Armored US,

20 | LLC ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

21 | **WHEREAS**, on April 2, 2021, pursuant to Labor Code section 2699.3, Plaintiff gave

22 | notice to the Labor and Workforce Development Agency ("LWDA") of alleged Labor Code

23 | violations committed by Defendant and provided the same to Defendant on April 5, 2021;

24 | **WHEREAS,** Plaintiff filed her Complaint on April 5, 2021, asserting causes of action for

25 | (1) unlawful failure to pay wages, (2) failure to provide meal and rest periods, (3) failure to provide

26 | accurate itemized wage statements, (4) failure to pay wages on termination, (5) unfair business

27

28

*SCOTT COLE & ASSOCIATES, APC*
*ATTORNEYS AT LAW*
*555 12ᵗʰ STREET, SUITE 1725*
*OAKLAND, CA 94607*
*TEL: (510) 891-9800*

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12ᵀᴴ STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

1  practices under the unfair competition act and (6) disability discrimination on behalf of Plaintiff

2  only;

3  **WHEREAS**, more than 65 days have passed since Plaintiff gave the aforementioned notice

4  and the LWDA has failed to respond to Plaintiff's notice in any way (*see* Cal. Lab. Code §

5  2699.3(a)(2)(A));

6  **WHEREAS,** Plaintiff seeks to amend her Complaint to include a Private Attorneys

7  General Act ("PAGA") cause of action;

8  **WHEREAS**, Plaintiff has drafted a proposed First Amended Complaint, attached hereto

9  as Exhibit "A," which includes a PAGA cause of action. In all other material respects, Plaintiff's

10  proposed First Amended Complaint is the same as the previously filed operative Complaint;

11  **IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto,

12  through their attorneys of record, that Plaintiff should be granted leave to amend in order to file

13  Exhibit "A" as her First Amended Complaint.

14  **IT IS SO STIPULATED.**

15

16  Dated: July 29, 2021                    **SCOTT COLE & ASSOCIATES, APC**

17

18                                          By:  */s/ Laura Van Note*_____

19                                          Laura Van Note, Esq.
                                            Attorneys for Representative Plaintiff

20

21  Dated: July 29, 2021                    **LITTLER MENDELSON P.C.**

22

23                                          By:  */s/ Michael Nelson*_____

24                                          Michael Nelson, Esq.
                                            Attorneys for Defendant

25

26

27

-2-

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

## ORDER

The parties having so stipulated, **IT IS HEREBY ORDERED** that Plaintiff is granted leave to amend to file Exhibit "A" as her First Amended Complaint.

**IT IS SO ORDERED.**

DATED:  August 2, 2021                    /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-3-
STIPULATION & ORDER RE: FILING OF FIRST AMENDED COMPLAINT
CASE NO. 2:21-CV-00896-JAM-AC