JoAnna L. Brooks, Bar No. 182986
jbrooks@littler.com
Michael W. Nelson, Bar No. 287213
mwnelson@littler.com
LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California  94597
Telephone:   925.932.2468
Fax No.:       925.946.9809

Attorneys for Defendant
LOOMIS ARMORED US, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DASHAY P. SCOTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOOMIS ARMORED US, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00896-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE** |

The parties, Plaintiff Dashay P. Scott ("Plaintiff"), and Defendant Loomis Armored US, LLC ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on July 29, 2021, Plaintiff filed a stipulation and proposed order re: filing a first amended complaint, ECF No. 10, which the Court granted on August 2, 2021;

**WHEREAS**, prior to Plaintiff filing ECF No. 10, the parties had previously negotiated an alternative version of the stipulation, attached hereto as Exhibit A (the "FAC Stipulation"), however by mistake an alternative version of the stipulation was filed with the court rather than the version negotiated and agreed to by the parties;

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE


**WHEREAS**, pursuant to the FAC stipulation, Defendant's responsive pleading was to be due within thirty days after notice of the order of the Court accepting the amended complaint for filing;

**WHEREAS**, the court accepted and granted ECF No. 10 on August 2, 2021, making Defendant's responsive pleading due August 20 under the default Federal Rules of Civil Procedure;

**NOW, THEREFORE**, the Parties by and through their attorneys of record hereby stipulate and agree as follows: in light of the parties FAC Stipulation, and pursuant to Eastern District Local Rule 144(a), Defendant's deadline to respond to the First Amended Complaint shall be extended from August 20, 2021 to September 1, 2021 to comport with the Parties' agreement in the FAC Stipulation.

**IT IS SO STIPULATED.**

Dated: August 20, 2021			LITTLER MENDELSON P.C.

				*/s/ JoAnna L. Brooks*
				JoAnna L. Brooks
				Michael W. Nelson

				Attorneys for Defendant
				LOOMIS ARMORED US, LLC

Dated: August 20, 2021			COLE & VAN NOTE

				*/s/ Laura Van Note*
				Laura Van Note, Esq.

				Attorneys for Representative Plaintiff
				DASHAY P. SCOTT

## ORDER

The parties having so stipulated, **IT IS HEREBY ORDERED** that Defendant's deadline to respond to the First Amended Complaint shall be extended from August 20, 2021 to September 1, 2021. **IT IS SO ORDERED.**

Dated: August 20, 2021			/s/ John A. Mendez
				THE HONORABLE JOHN A. MENDEZ
				UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE